IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

TONY GENE BROXTON, JR.

_____/

INDICTMENT

3:13cr54/MCR

THE GRAND JURY CHARGES:

### COUNT ONE

Between on or about July 1, 2008, and on or about March 1, 2013, in the Northern District of Florida, the defendant,

**TONY GENE BROXTON, JR.,**

did knowingly and willfully steal and convert to his own use, money and property of the United States, that is, approximately one hundred forty-one thousand one hundred eighty-one dollars ($141,181.00) from the Social Security Administration.

In violation of Title 18, United States Code, Section 641.

### COUNT TWO

Between on or about July 1, 2009, and the date of this Indictment, in the Northern District of Florida, the defendant,

Returned in open court pursuant to Rule 6(f)

5-22-13
Date

*[signature]*
United States Magistrate Judge

**TONY GENE BROXTON, JR.,**

did knowingly and willfully steal and convert to his own use, money and property of the United States, that is, approximately sixty thousand eight hundred thirty-seven dollars ($60,837.00) from the Department of Veterans Affairs.

In violation of Title 18, United States Code, Section 641.

### COUNT THREE

On or about November 2, 2009, in the Northern District of Florida, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Department of Veterans Affairs, the defendant,

**TONY GENE BROXTON, JR.,**

did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, namely, the defendant falsely stated that he had no job and no one would hire him due to his disabilities, whereas, in truth and in fact and as the defendant well knew, the defendant had been employed by the Pace Fire and Rescue District ("PFRD") as Treasurer/Financial Officer, was working in that capacity at the time the statement was made, and had been earning money for his work since approximately November 2007.

In violation of Title 18, United States Code, Section 1001(a).

### COUNT FOUR

On or about August 6, 2012, in the Northern District of Florida, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Social Security Administration, the defendant,

**TONY GENE BROXTON, JR.,**

did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, namely, the defendant falsely stated that he was not paid for his work as Treasurer/Financial Officer of PFRD until July 25, 2011, and that his wife had worked as a full-time secretary for PFRD from March 2008 to November 2011, whereas, in truth and in fact and as the defendant well knew, his wife did not work for PFRD and the earnings for the defendant's work for PFRD between on or about March 27, 2008, and July 25, 2011, were paid in his wife's name.

In violation of Title 18, United States Code, Section 1001(a).

### CRIMINAL FORFEITURE

The allegations in Counts One and Two of this Indictment are realleged and incorporated herein for the purpose of alleging forfeiture to the United States.

From the defendant's engagement in the violation alleged in Counts One and Two of this Indictment, the defendant,

**TONY GENE BROXTON, JR.,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title, and interest in any property, real and personal, constituting, and derived from, proceeds traceable to such offenses.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      i.      cannot be located upon the exercise of due diligence;

      ii.     has been transferred or sold to, or deposited with, a third party;

      iii.    has been placed beyond the jurisdiction of this Court;

      iv.    has been substantially diminished in value; or

      v.     has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A TRUE BILL:

_____
FOREPERSON

\_\_\_\_\_5/22/2013_____
DATE

*[signature]*
PAMELA C. MARSH
United States Attorney

*[signature]*
ALICIA H. KIM
Assistant United States Attorney