# *United States District Court*

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Time Commenced: 2:12 pm  
Time Concluded: 3:33 pm  

Case No. 3:13cr54/MCR  
Date February 7, 2014

---

PROCEEDINGS: **Sentencing Hearing**

Sentence imposed as to Counts 1 & 2:   Probation for a term of 5 years, with the first 12 months on home confinement.  Fine waived. Restitution $ 206,053 (interest waived).  SMA of $ 200  (due immediately).  Counts 3 & 4  dismissed by Gvt motion.  SEE FORMAL JUDGMENT.

---

PRESENT:         HONORABLE.    **M. Casey Rodgers**  , CHIEF JUDGE

| Greg Newsome | Susan Simms | Donna Boland | Alicia Kim |
|---|---|---|---|
| Probation Officer | Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

---

U.S.A v. (DEFENDANT LISTED BELOW)            ATTORNEYS FOR DEFENDANT

(1)    **Tony Gene Broxton, Jr.**             (1)        Thomas Keith  
  ✔ present ___ custody ___ bond  ✔  O/R         ✔ present  ✔  apptd. ___ retained

✔    DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

___    Objections were made to the PSR.

___    Notice of Enhancement filed         ___ Court Question defendant about prior conviction

✔    DEFENDANT ADJUDICATED GUILTY OF COUNT(S):   1 & 2  ; SENTENCE IMPOSED:

___    DFT remanded to custody of Bureau of Prisons  
on count(s): _____   imprisonment for a term of _____ months

with said sentences to run ___concurrently or _____consecutively

___    Additional recommendation:
  ___ Residential Drug Abuse Program (RDAP) while in custody of BOP
  ___ Complete Drug Education Classes & Participate in BOP's nonresidential drug abuse treatment program
  ___ Dft identified as needing substance abuse treatment both during incarceration and at a reentry center
  ___ Complete GED classes
  ___ Mental Health Treatment while in the custody of BOP
  ___ Intensive Confinement Center (ICC)
  ___ Federal Medical Center (FMC) due to health of defendant
  ___ Other: _____

✔    FINE PAYMENT:  ✔  Fine waived; ___ Fine of $_____;  ✔ SMA OF $ 200  due immediately

✔    Dft is liable for restitution of:  (w/interest waived)
  $ 141,181   made payable to   Social Security Administration
  $  64,872   made payable to   Dept. of Veterans Affairs

___    DFT is jointly and severally liable for restitution with _____

**SENTENCING MINUTES CONTINUED**                                                                                          PAGE 2

✔    S/R or PROBATION.    Dft is under:
- ___ Supervised Release upon completion of term of imprisonment for a total period of _____ years.
- ✔ Probation for a period of __5__ years as to Counts 1 & 2, to run concurrently.
- ✔ Home Detention of __12__ months <u>except for healthcare needs, legal appointments, church services, grocery store or other matters approved in advance by USPO, plus  no electronic monitoring</u>.

With the following special conditions or modifications:
- ___ DFT to be deported upon release from BOP
- ___ DFT shall cooperate with the US Probation Officer and the Dept.of Homeland Security regarding Immigration status. If removed dft shall not re-enter the United States without permission of the Dept. of Homeland Security.
- ___ DFT shall not own or possess a firearm, dangerous weapon or destructive device.
- ✔ DFT shall submit to: __suspended__ testing for the use of drugs or alcohol to excess;
  - ___ DFT shall participate in a program of substance abuse treatment, which may include participation in a Cognitive Behavioral Therapy program;
- ___ DFT shall participate in a program of mental health treatment.
- ✔ DFT shall provide requested financial information to the U.S. Probation Officer, business and personal.
- ___ DFT shall make any unpaid fine on a payment schedule to be determine by the US Probation Officer.
- ✔ DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer.
- ___ Upon release dft to: ___ maintain employment or enroll as full-time student; ___ complete High School Education.
- ___ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments
- ✔ ADDITIONAL TERMS: <u>Dft shall not open new lines of credit or transfer any assets, until restitution is paid. Dft shall comply with mental health recommendations of the VA.</u>

___ CUSTODY STATUS
- ___ DFT committed to the custody of the U.S. Department of Justice.
- ___ DFT to surrender to USMS at _____ or designated institution at his/her own expense no later than _____ on _____.
- ___ DFT remains on bond with ___ the same terms and conditions or ___ modified terms as follows: _____.
- ___ DFT is released after meeting with Probation Officer.

✔ Remaining count(s) __3 & 4__ is/are dismissed on government motion.

✔ Court informs Dft of right to appeal.
    _____ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

___ Court recommends place of incarceration at or near _____.
✔ DFT addresses the Court.
✔ NO FORFEITURE    ___ FINAL ORDER OF FORFEITURE entered.

2:15 pm    Dft witness **YOLANDA DE LA CRUZ** sworn - Direct (Keith); 2:26 Cross (Kim); 2:29 Redirect
2:31    Dft **TONY GENE BROXTON, JR.** sworn - Direct (Keith); 2:40 Cross (Kim); No Redirect

Filed in Open Court

__2-07-2014__
Initials of Deputy Clerk _sps_