DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
FOR THE NORTHERN DISTRICT OF FLORIDA

## CERTIFICATE OF RELEASE OF LIEN

I hereby certify that as to the following named debtor, the requirements of Section 3613 of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien for this judgment and statutory additions has thereby been released. The proper officer in the office where the Notice of Lien or Judgment was recorded on **February 27, 2014, Book 3326, Page 666**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant:  Tony G. Broxton, Jr.

Residence:  Pace, Florida

Court Imposing Judgment:  U.S. District Court for the Northern District of Florida

Court Number:  3:13cr54 - MCR

Total Amount of Fine/Restitution:  $206,253.00

Place of Filing:  Santa Rosa County Clerk of Court
P. O. Box 472
Milton, Florida  32572

WITNESS my hand at Tallahassee, Florida, on this, the 6th day of March, 2020.

LAWRENCE KEEFE
UNITED STATES ATTORNEY

*/s/ Jordan Jean*
для Steve Butler
Assistant United States Attorney
Florida Bar No. 0932353
21 East Garden Street
Pensacola, Florida  32502
(850) 444-4000